AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

RICHARD L. McMURRAY,

        Plaintiff

v.

FOSYTHE FINANCE, LLC,

        Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-CV-8 TS

IT IS ORDERED AND ADJUDGED

that this action is dismissed.

January 11, 2021

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge