IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD L. McMURRAY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FORSYTHE FINANCE, LLC,<br><br>　　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING COSTS<br><br><br>Case No. 1:20-CV-8 TS |

　　　　Judgment in the above-entitled case was entered on January 11, 2021.  Defendants filed its Bill of Costs on January 25, 2021.

　　　　Defendant seeks $240.81 in legal research fees.  Binding Tenth Circuit precedent makes clear that such costs are not taxable under 28 U.S.C. § 1920 and will be disallowed.[1]

　　　　DATED this 25th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ted Stewart
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *Sorbo v. United Parcel Serv.*, 432 F.3d 1169, 1180 (10th Cir. 2005) (holding that "computer assisted legal research" is "not within the scope of § 1920"); *Jones v. Unisys Corp.*, 54 F.3d 624, 633 (10th Cir. 1995) ("[C]osts for computer legal research are not statutorily authorized."); *see also Roth v. Spruell*, 388 F. App'x 830, 837 (10th Cir. 2010) (stating that "costs for legal research, telephone calls, facsimiles, postage, delivery service, and parking" are not "reimbursable as costs under § 1920").